IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHALIL LARKIN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-1937 |
| | : | |
| UPPER DARBY SCHOOL DISTRICT, et al. | : | |
| | : | |

## ORDER

AND NOW, this 16th day of January, 2025, it having been reported the issues between the parties in the above action have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby ORDERED the above action is DISMISSED with prejudice as to all claims and all causes of actions, pursuant to agreement of counsel without costs. The Court shall retain jurisdiction to enforce the settlement for a period of ninety (90) days.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.